# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

STATE OF WASHINGTON, )  No. 77274-1-I
)
          Respondent, )
)
     v. )  UNPUBLISHED OPINION
)
RAYMOND RALPH KRONA, III, )
)  **MAR 1 1 2019**
          Appellant. )  FILED:
)

2019 MAR 11 PM 1:01

FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

PER CURIAM — Raymond Krona challenges legal financial obligations imposed following his jury conviction for second degree assault. Krona contends, and the State concedes, that the $200 criminal filing fee and $100 DNA collection fee should be stricken from his judgment and sentence due to his indigence, previous DNA collection, statutory amendments, and State v. Ramirez, 191 Wn.2d 732, 746-50, 426 P.3d 714 (2018).

We accept the State's concessions and remand for the trial court to strike the filing and DNA collection fees from the judgment and sentence.

FOR THE COURT: